**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 12-1223**

─────────────

VICKI A. LINDSEY,

              Plaintiff - Appellant,

        v.

HIGHWOODS REALTY LIMITED PARTNERSHIP; HRLP NC VA, L.P.;
HIGHWOODS PROPERTIES, INCORPORATED; WESTERN INDUSTRIES-
SOUTH, LLC,

              Defendants – Appellees,

        and

JOHN DOE #1,

              Defendant.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge. (3:11-cv-00447-HEH-DJN)

─────────────

Submitted: July 19, 2012          Decided: July 23, 2012

─────────────

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Vicki A. Lindsey, Appellant Pro Se.  Alison Wright Feehan, KUTAK
ROCK LLP, Richmond, Virginia; Janeen Beth Koch, KALBAUGH, PFUND
& MESSERSMITH, PC, Richmond, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vicki A. Lindsey appeals from the district court's orders granting summary judgment for the defendants in her action alleging premises liability and negligent application of a banned substance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lindsey v. Highwoods Realty Ltd. P'ship</u>, No. 3:11-cv-00447-HEH-DJN (E.D. Va. Feb. 3, 2012 & Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>